**ASHLEY D. ADAMS, PLC**
**Ashley D. Adams, #013732**
8245 N. 85th Way
Scottsdale AZ 85258
Phone:      (480) 219-1366
Facsimile:  (480) 219-1451
aadams@ashleyadamsplc.com

**SCHLEIER LAW OFFICES, PC**
**Tod F. Schleier, #004612**
3101 N. Central Ave, Ste. 1090
Phoenix, AZ  85012-3640
Phone:      (602) 277-0157
Facsimile:  (602) 230-9250
tod@schleierlaw.com

Attorneys for Relator Stephen Huey

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>*ex rel*. Stephen Huey,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Summit Healthcare Association, Inc. *dba* Summit Healthcare Regional Medical Center, an Arizona non-profit corporation; Brim Healthcare, Inc., a Tennessee Corporation; Kevin and Jane Doe Hawk, husband and wife,<br><br>　　　　　　Defendants. | Case No.  CV10-8003-PCT-FJM<br><br>**NOTICE OF SERVICE** |

Notice is hereby given that on this date Plaintiff/Relator through counsel, has served Plaintiff/Relator's First Supplemental Expert Report Disclosure to Defendant Summit Healthcare Association by mailing the original to Defendant's counsel, Timothy W. Feeley, David Honig, HALL RENDER KILLIAN HEATH & LYMAN PC, 111 East Kilbourn

1

Avenue, Suite 1300, Milwaukee, Wisconsin 53202; a copy to Defendant's counsel, Bradley J. Stevens, JENNINGS STROUSS & SALMON, PLC., 1 East Washington Street, Suite 1900, Phoenix, Arizona 85004 and a copy to the United States of America's counsel, Paul A. Bullis, United States Attorney's Office, Two Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004.

Dated this 6th day of July, 2011.

**SCHLEIER LAW OFFICES, P.C.**

By: s/ Tod F. Schleier
    Tod F. Schleier

**ASHLEY D. ADAMS, PLC**

By: s/ Ashley D. Adams
    Ashley D. Adams
    Attorneys for Relator

**CERTIFICATE OF SERVICE**

I hereby certify that on July, 2011, I electronically transmitted foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ ECF registrants:

Paul A. Bullis
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

Attorney for United States of America

Bradley Jay Stevens
JENNINGS STROUSS & SALMON, PLC
1 East Washington Street, Suite 1900
Phoenix, Arizona 85004

Timothy W. Feeley
David Honig
HALL RENDER KILLIAN HEATH & LYMAN PC
111 East Kilbourn Avenue, Suite 1300
Milwaukee, Wisconsin 53202

Attorneys for Defendant Summit Healthcare Assoc.

s/ Charolette A. Wilson