**Bradley J. Stevens (#006723)**
**JENNINGS, STROUSS & SALMON, P.L.C.**
**A Professional Limited Liability Company**
**One East Washington Street, Suite 1900**
**Phoenix, AZ 85004-2554**
**Telephone: (602) 262-5911**
**bstevens@jsslaw.com**

**David B. Honig (admitted *pro hac vice*)**
**Timothy W. Feeley (admitted *pro hac vice*)**
**HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.**
**111 East Kilbourn Avenue, Suite 1300**
**Milwaukee, WI 53202**
**Telephone: (414) 721-0442**
**dhonig@hallrender.com**
**tfeeley@hallrender.com**

Attorneys for Defendant Summit Healthcare Association, Inc.
d/b/a Summit Healthcare Regional Medical Center,
an Arizona non-profit corporation

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America ex rel. Stephen Huey,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Summit Healthcare Association, Inc. d/b/a Summit Healthcare Regional Medical Center, an Arizona non-profit corporation; Brim Healthcare, Inc., a Tennessee corporation; Kevin and Jane Doe Hawk, husband and wife,<br><br>　　　　Defendants. | No. CIV 10-8003 PCT-FJM<br><br>**EXPERT DISCLOSURES OF DEFENDANT SUMMIT HEALTHCARE ASSOCIATION, INC. *d/b/a* SUMMIT HEALTHCARE REGIONAL MEDICAL CENTER** |

Defendant Summit Healthcare Association, Inc. *d/b/a* Summit Healthcare Regional Medical Center ("Summit"), by and through its undersigned counsel, and pursuant to the Court's Order dated April 1, 2011, and Federal Rule of Civil Procedure 26(a)(2), serves the following expert disclosures:

Christina M. Melnykovych, BS, RHIA
Tina Lee Pelton, RN, MS, CCS, CCDS
Scott C. Steiner, B.S., C.P.A.
Coding Continuum, Inc.
7320 N. La Cholla Boulevard, Suite 154-306
Tucson, AZ 85741
877-726-3348

Ms. Melnykovych, Ms. Pelton and Mr. Steiner each will testify in accordance with their qualifications and the reports attached hereto.

Thomas G. McCarter, Jr., M.D.
Denise M. Nachodsky, M.D., F.A.C.C.
Executive Health Resources
15 Campus Boulevard, Suite 200
Newtown Square, PA 19073
610-446-6100

Dr. McCarter and Dr. Nachodsky each will testify in accordance with their qualifications and the reports attached hereto.

Michael P. Salve, Ph.D.
Alvarez & Marsal
125 Park Avenue, Suite 2500
New York, NY 10017
212-763-1970

Mr. Salve will testify in accordance with his qualifications and the report attached hereto.

All Treating Physicians
Summit Healthcare Regional Medical Center
2200 Show Low Lake Road
Show Low, AZ 85901
928-537-4375

Any physician who treated a patient whom the Relator claims resulted in the hospital receiving an overpayment by any state or federal government program will testify in accordance with the physician's qualifications and the treatment of the

2

patient as reflected by the patient's medical records.  Summit already has disclosed, or will be disclosing, all patient medical records requested by the Relator's legal counsel, which medical records shall serve as the reports of all such treating physicians.  The medical records of all patients treated at the hospital during the relevant time period identified in the Relator's First Amended Complaint have been and are currently available to the Relator's legal counsel upon request.

In addition to the above disclosures, Summit reserves the right to supplement this disclosure in the future and/or to name rebuttal experts as provided in the Court's April 1, 2011, Order.

Dated this 6th day of July, 2011.

                Respectfully submitted,

                  /s/ Timothy W. Feeley
                HALL, RENDER, KILLIAN,
                HEATH & LYMAN, P.C.

                  /s/  Bradley J. Stevens
                JENNINGS, STROUSS & SALMON, P.L.C.

                Counsel for Defendant Summit Healthcare Association, Inc. *d/b/a* Summit Healthcare Regional Medical Center

# **CERTIFICATE OF SERVICE**

I certify that on this 6th day of July, 2011, I electronically filed the Expert Disclosures of Defendant Summit Healthcare Association, Inc. *d/b/a* Summit Healthcare Regional Medical Center's ("Summit") using the CM/ECF system which will send notice of such filing to the following, and also served Summit's Expert Disclosures by UPS on the following:

| | |
|---|---|
| Ashley D. Adams<br>ASHLEY D. ADAMS, PLC<br>8245 North 85th Way<br>Scottsdale, AZ 85258<br>ATTORNEYS FOR RELATOR | Tod F. Schleier<br>SCHLEIER LAW OFFICES, PC<br>3101 North Central Avenue, Suite 1090<br>Phoenix, AZ 85012<br>ATTORNEYS FOR RELATOR |

Paul Bullis
U.S. ATTORNEY'S OFFICE
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004-4408
ATTORNEYS FOR UNITED STATES OF AMERICA

                                                                                  /s/ Timothy W. Feeley

1115670v.1