**Bradley J. Stevens (#006723)**
**JENNINGS, STROUSS & SALMON, P.L.C.**
**A Professional Limited Liability Company**
**One East Washington Street**
**Suite 1900**
**Phoenix, AZ 85004-2554**
**Telephone: (602) 262-5911**
**bstevens@jsslaw.com**

**David B. Honig (admitted *pro hac vice*)**
**Timothy W. Feeley (admitted *pro hac vice*)**
**HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.**
**111 East Kilbourn Avenue, Suite 1300**
**Milwaukee, WI 53202**
**Telephone: (414) 721-0442**
**dhonig@hallrender.com**
**tfeeley@hallrender.com**

Attorneys for Defendant Summit Healthcare Association, Inc.
d/b/a Summit Healthcare Regional Medical Center,
an Arizona non-profit corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, *ex rel.* Stephen Huey,<br><br>Plaintiff,<br><br>vs.<br><br>Summit Healthcare Association, Inc. *dba* Summit Healthcare Regional Medical Center, an Arizona non-profit corporation,<br><br>Defendant. | Case No. CV10-8003-PCT-FJM<br><br>**NOTICE OF SERVICE** |

Notice is hereby given that on August 12, 2011 Defendant, Summit Healthcare Association, Inc. *dba* Summit Healthcare Regional Medical Center ("Summit"), through counsel, has served its Rebuttal Expert Reports to Relator Stephen Huey by mailing the reports to Relator's counsel, Ashley D. Adams, 8245 N. 85th Way, Scottsdale, AZ 85258; Tod Schleier, 3101 N. Central Avenue, Suite 1090, Phoenix, AZ 85012-3640 and a copy to the United States of America's counsel, Paul A. Bullis, United States Attorney's Office, Two

Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, AZ 85004.

Dated this 12th day of August, 2011.

Respectfully submitted,

/s/ David B. Honig
/s/ Timothy W. Feeley
HALL, RENDER, KILLIAN,
HEATH & LYMAN, P.C.

/s/ Bradley J. Stevens
JENNINGS, STROUSS & SALMON, P.L.C.
*Counsel for Defendant Summit Healthcare Association, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2011, I electronically filed Defendant's Notice of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following counsel of record:

| | |
|---|---|
| Ashley D. Adams<br>ASHLEY D. ADAMS, PLC<br>aadams@ashleyadamsplc.com<br>ATTORNEYS FOR RELATOR | Paul Bullis<br>U.S. ATTORNEY'S OFFICE<br>Paul.Bullis@usdoj.gov<br>ATTORNEYS FOR UNITED STATES OF AMERICA |
| Tod F. Schleier<br>SCHLEIER LAW OFFICES, PC<br>tod@schleierlaw.com<br>ATTORNEYS FOR RELATOR | |

/s/ David B. Honig

1131027v.1